**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD JERMAIN DUNCAN,
#12907-10                                                                                                    PLAINTIFF

v.                                         4:10-cv-02046-DPM-JTK

E. MARTIN, JR., et al.                                                                           DEFENDANTS

**<u>ORDER</u>**

By Order dated February 14, 2011 (Doc. No. 6), this Court granted Plaintiff's application to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 8). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants Martin, Clarke, Scruggs, Alder, and Morgan. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants E. Martin, Jr., G. Clarke, Deputy Scruggs, Deputy Alder, and Chief Randy Morgan. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 8) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE