**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RICHARD JERMAIN DUNCAN,
ADC #654375                                                                                          PLAINTIFF

v.                                          4:10-cv-02046-DPM-JTK

E. MARTIN, JR., et al.                                                                              DEFENDANTS

## ORDER

This Court directed issuance of summons and service of Plaintiff's Amended Complaint on

Defendants by Order dated March 24, 2011 (Doc. No. 9).  Summons was returned, unexecuted, with

respect to Defendant Alder on April 20, 2011 (Doc. No. 25).  Defendants shall file the last-known

address of Defendant Alder within ten days of the date of this Order.

IT IS SO ORDERED this 25th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE