**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD JERMAIN DUNCAN,
ADC #654375                                                                                          PLAINTIFF

v.                                              4:10-cv-02046-DPM-JTK

E. MARTIN, JR., et al.                                                                         DEFENDANTS

**ORDER**

By Order dated March 24, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 9). Summons was returned, unexecuted, with respect to Defendant Alder on April 20, 2011 (Doc. No. 25). This Court directed Defendants to provide Alder's last-known address by Order dated April 25, 2011 (Doc. No. 26). Defendants have provided the last-known address by email for security purposes, indicating that the proper name of Defendant is Thomas Adler. This Court will direct that the email be filed under seal, and will direct the re-issuance of service on Defendant Adler at the address noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Thomas Adler, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 8) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 16th day of May, 2011.

                                              JEROME T. KEARNEY
                                              UNITED STATES MAGISTRATE JUDGE