### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

RICHARD JERMAIN DUNCAN,                                                                          PLAINTIFF
ADC #654375

v.                                               4:10-cv-02046-JTK

E. MARTIN, JR., et al.                                                                                DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered on this date, it is Considered, Ordered, and Adjudged that this case be DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE